

**MEMO ENDORSED**

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.375.2119   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.375.2117   c 917.238.9332

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5/3/22

April 29, 2022

**VIA ECF**
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    **RE:**    **United States v. Joyner, 21 Cr. 673 (ALC)**

Dear Judge Carter:

    I represent Mr. Mario Feliciano in the above referenced matter. On Monday, April 18, 2022, I began jury selection for a trial that I have before the Honorable Paul G. Gardephe in Courtroom 318 at 40 Foley Square. The case is United States v. Alexei Saab 19 Cr. 676 (PGG). We have since empaneled a jury and started trial. The trial was anticipated to be less than two weeks; however, I am still on trial, and we expect to give our summations next Tuesday, May 3, 2022. As a result, I will not be able to appear at the status conference scheduled for May 3, 2022.

    I respectfully request that the Court please excuse my appearance at the May 3, 2022 status conference and permit Benjamin Silverman, Esq. to stand in for me for Mr. Feliciano for purposes of the status conference only. I have spoken with Mr. Feliciano about this issue and he consents to my request.

        Respectfully submitted,

        Esere J. Onaodowan, Esq.

CC via ECF:   All Counsel

The application is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter*
5/2/22