**MEMO ENDORSED**



**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com    t 646.766.1662   c 718.427.3139

**Christine E. Delince, Esq.**
cdelince@eocdlaw.com    t 646.766.8113   c 917.238.9332

December 6, 2022

**VIA ECF**
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/6/22
```

      **RE:  United States v. Joyner, 21 Cr. 673 (ALC)**
           Request for Temporary Modification of Bail Conditions

Dear Judge Carter:

    I represent Mr. Mario Feliciano in the above referenced matter. Mr. Feliciano is currently released on bond with standard conditions of release. Part of his conditions restrict his travel to the District of New Jersey and the Southern District of New York. We write to respectfully request that the bail conditions set by Magistrate Judge Sarah Cave on November 4, 2021, be temporarily modified for Mr. Feliciano to be able to travel to New Orleans for his grandmother's funeral. Mr. Feliciano's grandmother unfortunately passed away on Friday, December 2, 2022, and the funeral is scheduled for this Thursday, December 8, 2022.

    He shared a very close relationship with his grandmother and the family will be burying her in New Orleans, Louisiana. The family purchased his plane ticket for the trip. His flight is scheduled to leave at 7:50pm today from Newark Airport. While in New Orleans, Mr. Feliciano will be staying with his maternal aunt at her home and will be returning to New Jersey on Saturday, December 10, 2022.

    Unfortunately, given the urgency of this request, I have not been able to speak with pretrial services, however, I understand that Mr. Feliciano remains in good standing with pretrial services.

    I have conferenced this matter with the Government and the Government has no objections to the proposed temporary bail modification.

    For those reasons, Your Honor's immediate attention is appreciated.

The application is **GRANTED**.
So Ordered.

*[signature]* 12/6/22

Respectfully submitted,

*[signature]*
Esere J. Onaodowan, Esq.

CC via email:  AUSA Aline Flodr, AUSA Daniel Wolf
                AUSA Jonathan Rebold,
                Pretrial Officer Ashley Cosme