```
UNITED STATES DISTRICT COURT                      USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                     DOCUMENT
                                                  ELECTRONICALLY FILED
------------------------------------------------ x  DOC#: _____
UNITED STATES OF AMERICA,                         : DATE FILED: 6-30-23
                                                  :
                      Plaintiff,                  :
                                                  :  21 CR 673 (ALC)
       -against-                                  :
                                                  :  ORDER
MARIO FELICIANO,                                  :
                                                  :
                      Defendant.                  :
                                                  :
------------------------------------------------ x
```

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **July 27, 2023** at **2:15 p.m.**

SO ORDERED.

Dated:   New York, New York
         June 30, 2023

_____
ANDREW L. CARTER, JR.
United States District Judge