```
USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-12-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                           Plaintiff,

   -against-                                   21-CR-673 (ALC)

                                              **ORDER**

MARIO FELICIANO and STARLIN NUNEZ,

                         Defendant.

-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    A Status Conference is set for **October 19, 2023** at **10:30 a.m.**

SO ORDERED.

Dated:    New York, New York
            October 12, 2023

                                        _/s/ Andrew L. Carter, Jr._
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**