USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/25/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

UNITED STATES OF AMERICA,                  :
                                           :
                        **Plaintiff,**     :
                                           :        **21-CR-00673 (ALC)**
        -against-                          :
                                           :        **ORDER**
MARIO FELICIANO,                           :
                                           :
                        **Defendant.**     :
                                           :
                                           :
------------------------------------------------------------------- :
                                                                     x

**ANDREW L. CARTER, JR., District Judge:**

      The Sentencing set for April 11, 2024 at 2:00 p.m. is adjourned to **4:00 p.m.**

**SO ORDERED.**

**Dated:**      **New York, New York**
               **March 25, 2024**

 

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**